IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HONGJI LIN                                                    PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-340-DCB-BWR

RAFAEL VERGARA                                               RESPONDENT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 13], which recommends that Defendant's Motion to Dismiss for Mootness [ECF No. 12] should be granted and Petitioner Lin's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. The basis for this recommendation is that Petitioner has been released from ICE custody. He was removed from the United States on June 23, 2026 to Fuzhou, China. [ECF No. 12-1]. The Report was entered on July 2, 2026, and objections were due by July 16, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 12], Petitioner Lin's 28 U.S.C. § 2241 Petition, and Judge Rath's Report, finds that Defendant's Motion to Dismiss for Mootness [ECF No. 12] should be granted and Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] should be dismissed without prejudice as moot. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 13] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 23 day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2